Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                  Case No.: 18−32891−ABA
                                  Chapter: 13
                                  Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deborah C Adler
   aka Debbie C. Adler, aka Debbie Adler,
   aka Debra C. Adler
   200 Sheffield Road
   Cherry Hill, NJ 08034

Social Security No.:
   xxx−xx−4345

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/4/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: December 4, 2019
JAN: bc

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-32891-ABA
Deborah C Adler                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2              Date Rcvd: Dec 04, 2019
                             Form ID: 148             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
```
db            +Deborah C Adler,    200 Sheffield Road,    Cherry Hill, NJ 08034-1621
517878952     +Camden County Sheriff,    520 Market Street,    Room 200,    Camden, NJ 08102-1300
517878951     +Camden County Sheriff,    Courthouse, Room 100,    520 Market Street,    Camden, NJ 08102-1375
517878953     +Dean Insana, D.C.,    David B. Watner, Esquire,    1129 Bloomfield Avenue #208,    PO Box 6189,
                West Caldwell, NJ 07007-6189
517878956      Ditech Financial LLC,    2100 East Elliot Road Bld.,    94MS T120,    Tempe, AZ 85284-1806
517878957      Ditech Financial, LLC,    Attention: T120,    2100 E. Elliot Road, Building 94,
                Tempe, AZ 85284-1806
517878964     +Powers Kirn, LLC,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
517988516    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of Treasury,
                Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517878967     +State of NJ,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517878965     +State of New Jersey,    Division of Revenue,    160 S. Broad Street,    PO Box 628,
                Trenton, NJ 08646-0628
517987119     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517878968      US Bank Home Mortgage,    PO Box 20005,    Owensboro, KY 42304-0005
517878971     +Wells Fargo Bank NA/Wells Fargo Home Mor,    MACX7801-014,    3476 Stateview Blvd,
                Fort Mill, SC 29715-7203
517878969     +Wells Fargo Bank dba Wells Fargo Home Mt,    MAC X7801-014,    3476 Stateview Blvd,
                Fort Mill, SC 29715-7203
517878979     +Wilshire Credit Corp./Bank of America,    Bank of America,    450 American Street,
                Simi Valley, CA 93065-6285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 23:44:59      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 23:44:56      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517878948     +EDI: WFFC.COM Dec 05 2019 04:18:00      America's Servicing Company,    ATTN: Bankruptcy Dept,
                MAC#D3347-014,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
517878949     +EDI: WFFC.COM Dec 05 2019 04:18:00      America's Servicing Company,    ATTN: Bankruptcy Dept.,
                MAC #D3347-014,    3476 Stateview Road,    Fort Mill, SC 29715-7203
517878955     +E-mail/Text: bankruptcy.bnc@ditech.com Dec 04 2019 23:44:36      Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
517878958     +EDI: RMSC.COM Dec 05 2019 04:18:00      Green Tree Servicing LLC,    7340 S Kyrene Road,
                Recovery Dept - T120,    Tempe, AZ 85283-4573
517878954      EDI: IRS.COM Dec 05 2019 04:18:00      Department of the Treasury,    Internal Revenue Service,
                PO Box 9019,    Holtsville, NY 11742-9019
517878963     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 23:44:56      Office of the U.S. Trustee,
                District of New Jersey,    U.S. Department of Justice,    One Newark Center, Suite 2100,
                Newark, NJ 07102-5235
517880470     +EDI: RMSC.COM Dec 05 2019 04:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517878950      EDI: WFFC.COM Dec 05 2019 04:18:00      Americas Servicing Co,    8480 Stagecoach Circle,
                Frederick, MD 21701
517878970      EDI: WFFC.COM Dec 05 2019 04:18:00      Wells Fargo Bank NA,
                Wells Fargo Home Mortgage Americas Servi,    ATTN: Bankruptcy Dept MAC X7801-014,
                3476 Stateview Blvd,    Fort Mill, SC 29715-7203
517878972      EDI: WFFC.COM Dec 05 2019 04:18:00      Wells Fargo Financial National Bank,    PO Box 660431,
                Dallas, TX 75266-0431
517878973     +EDI: WFFC.COM Dec 05 2019 04:18:00      Wells Fargo Home Mortgage,    PO Box 10335,
                Des Moines, IA 50306-0335
517878974     +EDI: WFFC.COM Dec 05 2019 04:18:00      Wells Fargo Home Mortgage,    1 Home Campus, x2302-04A,
                Des Moines, IA 50328-0001
517878975     +EDI: WFFC.COM Dec 05 2019 04:18:00      Wells Fargo Home Mortgage,    PO Box 9039,
                Temecula, CA 92589-9039
517878976     +EDI: WFFC.COM Dec 05 2019 04:18:00      Wells Fargo Home Mortgage, Inc.,
                Correspondence X2501-01T,    1 Home Campus,    Des Moines, IA 50328-0001
517878977     +EDI: WFFC.COM Dec 05 2019 04:18:00      Wells Fargo Home Mtg fka Americas Servic,
                1000 Blue Gentian Rd. #300,    Mac #X7801-02k,    Eagan, MN 55121-1786
517878978     +EDI: WFFC.COM Dec 05 2019 04:18:00      Wells FargoHome Mortgage,    PO Box 10335,
                Des Moines, IA 50306-0335
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 04, 2019
                              Form ID: 148             Total Noticed: 33

517878959*     +Green Tree Servicing LLC,    7340 S. Kyrene Road,    Recovery Dept - T120,    Tempe, AZ 85283-4573
517878962*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
517878961*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    Special Procedures Branch,
                 Bankruptcy Section,    PO Box 724,    Springfield, NJ 07081-0724)
517917307*     IRS,    P.O.BOX 7346,    PHILADELPHIA  PA 19101-7346
517878960*     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517878966*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
              (address filed with court:   State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 269,    Trenton, NJ 08695-0269)
                                                                                              TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Adjustable Rate Mortgage Trust 2004-4, Adjustable Rate Mortgage Backed Pass Through Certificates,
               Series 2004-4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joel R. Spivack    on behalf of Debtor Deborah C Adler joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Adjustable Rate Mortgage Trust 2004-4, Adjustable Rate Mortgage Backed Pass Through Certificates,
               Series 2004-4 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Adjustable Rate Mortgage Trust 2004-4, Adjustable Rate Mortgage Backed Pass Through Certificates,
               Series 2004-4 ecf@powerskirn.com
                                                                                             TOTAL: 7
```